UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| MARIA McDADE, as Administrator of the Estate of Barbara Wood, Deceased, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | Case No. 08-1262 |
| ROBERT M. HUSTON, Sheriff of Tazewell County, Illinois, in his official and individual capacities, ERIC RASMUSSEN, in his official and individual capacities, and STEVEN B. DEATHERAGE, U.S. Marshal, Central District of Illinois, in his official and individual capacities, ) ) ) ) ) ) ) ) ) | |
| Defendants. ) | |

**O R D E R**

On March 13, 2009, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case. More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986). As the parties failed to present timely objections, any such objections have been waived. Id.

The relevant facts and background have been sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge and need not be restated here. Suffice it to say that this action is brought in connection with Decedent, Barbara Wood's, death while she was a federal detainee at the Tazewell County Jail.

Sheriff Huston and Officer Rasmussen have now moved to dismiss the Complaint for failure to state a claim pursuant to Rule 12(b)(6).

The Court concurs with the analysis of the Magistrate Judge that Plaintiff has sufficiently alleged fact to allow a plausible inference of deliberate indifference to the Decedent's objectively serious medical needs and personal responsibility against the Sheriff and Officer Rasmussen. Accordingly, the Court now adopts the Report & Recommendation [#10] of the Magistrate Judge in its entirety, and the Motion to Dismiss by Defendants Huston and Rasmussen [#4] is DENIED. These Defendants are hereby directed to answer the Complaint within 20 days of this Order.

ENTERED this 31st day of March, 2009.

      s/Michael M. Mihm
      Michael M. Mihm
      United States District Judge